175 F.3d 1010
 Jibril L. Ibrahim
v.
U.S., Robert Okun, Asst. U.S. Attorney, John R. Fisher,
Asst. U.S. Attorney, Jerry Massie, Asst. U.S. Attorney,
Wilma Lewis, Asst. U.S. Attorney, Disrict of Columbia
Government, Reggie B. Walton, Honorable, of Superior Court
of District of Columbia, Eugene Hamiton, Honorable, of
Superior Court of District of Columbia, Harold Cushenberry,
Honorable, of Superior Court of District of Columbia, Eric
Washington, Honorable, of Superior Court of
 NO. 98-5387
 United States Court of Appeals,
 Third Circuit.
 February 22, 1999
 
 1
 Appeal From: D.Del.
 
 
 2
 Appeal Dismissed.